**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| **TEXAS BANKERS ASSOCIATION et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICE OF THE COMPTROLLER OF THE CURRENCY et al.,**<br><br>Defendants. | **CIVIL NO. 2:24-cv-00025-Z-BR**<br><br>The Hon. Matthew J. Kacsmaryk<br>United States District Judge |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1), Defendants Board of Governors of the Federal Reserve System and Chairman Jerome Powell, Office of the Comptroller of the Currency and Acting Comptroller of the Currency Michael J. Hsu, and Federal Deposit Insurance Corporation and Chairman Martin J. Gruenberg hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Memorandum Opinion and Order dated March 29, 2024 (ECF 75), which granted Plaintiffs' motion for a preliminary injunction.[1] This appeal is entitled to priority treatment in accordance with Fifth Circuit Rule 47.7.

---

[1] All Defendants are federal agencies (and officers of those agencies sued in their official capacity) and are therefore exempt from paying filing fees.

Dated: April 18, 2024

Respectfully submitted,

 /s/ *Joshua P. Chadwick*
Mark Van Der Weide, General Counsel
Richard M. Ashton, Deputy General Counsel
Joshua P. Chadwick (DC 502279), Senior
Special Counsel
Nicholas Jabbour (DC 500626), Senior
Counsel
Board of Governors of the Federal Reserve
System
20th Street and Constitution Avenue, NW
Washington, DC 20551
joshua.p.chadwick@frb.gov
Phone: (202) 263-4835
Fax: (202) 452-3819

*Counsel for Defendants Board of Governors
of the Federal Reserve System and Jerome
Powell, in his Official Capacity*

  /s/ *Ashley W. Walker*
Theodore J. Dowd, Acting Chief Counsel
Patricia S. Grady, Deputy Chief Counsel
Peter C. Koch (IL 6225347), Director for
Litigation
Ashley W. Walker (DC 488126), Special
Counsel, Litigation
Office of the Comptroller of the Currency
400 7th Street SW, Mailstop 9E-1
Washington, DC 20219
ashley.walker@occ.treas.gov
Phone: (202) 649-6315
Fax: (571) 465-3411

*Counsel for Defendants Office of the
Comptroller of the Currency and Michael J.
Hsu, in his Official Capacity*

  /s/ *Andrew J. Dober*
Harrel M. Pettway, General Counsel
B. Amon James, Assistant General Counsel
Andrew J. Dober (DC 489638), Senior
Counsel
Herbert G. Smith II (DC 450811), Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, D-7028
Arlington, VA 22226-3500
adober@fdic.gov
Phone: (703) 562-2545
Fax: (703) 562-2477

*Counsel for Defendants Federal Deposit
Insurance Corporation and Martin J.
Gruenberg, in his Official Capacity*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

  /s/ *Joshua P. Chadwick*
Joshua P. Chadwick (DC 502279)
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
joshua.p.chadwick@frb.gov
Phone: (202) 263-4835
Fax: (202) 452-3819