

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
WASHINGTON, DC 20551

June 5, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    *Texas Bankers Association v. Board of Governors of the Federal Reserve System*, No. 24-10367

Dear Mr. Cayce:

Pursuant to Fifth Circuit Rule 31.4, all Defendants-Appellants respectfully request a 30-day extension of time to file their initial brief, which is currently due on June 18, 2024. Defendants-Appellants have not previously requested or been granted an extension in this case. Undersigned counsel is authorized to represent that this request is unopposed by Plaintiffs-Appellees.

Good cause exists for this extension. This case involves regulations that were promulgated after a multiyear rulemaking process, and Plaintiffs-Appellees' challenge to those regulations involves significant issues. Though three agencies (the Federal Deposit Insurance Corporation, the Office of the Comptroller of the Currency, and the Board of Governors of the Federal Reserve System) are Defendants-Appellants, the agencies will be filing a joint brief defending the regulations at issue. The drafting, review, and revision of this joint brief necessarily entails extensive coordination among all three agencies, and a 30-day extension will enable this process.

Accordingly, Defendants-Appellants respectfully request that the Court grant this request and that the time for filing Defendants-Appellants' joint initial brief be extended by 30 days, through and including July 18, 2024. Thank you for your consideration.

                                      Sincerely,

                                      */s/ Joshua P. Chadwick*

                                      (filed on behalf of all Defendants-Appellants with their permission)

cc: Counsel for all parties (via ECF)