No. 24-10367

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT
_____

TEXAS BANKERS ASSOCIATION; AMARILLO CHAMBER OF COMMERCE; AMERICAN BANKERS ASSOCIATION; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LONGVIEW CHAMBER OF COMMERCE; INDEPENDENT COMMUNITY BANKERS OF AMERICA; INDEPENDENT BANKERS ASSOCIATION OF TEXAS,

*Plaintiffs-Appellees*,

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM; JEROME POWELL in his official capacity as Chairman of the Board of Governors of the Federal Reserve System; FEDERAL DEPOSIT INSURANCE CORPORATION; TRAVIS HILL in his official capacity as Acting Chairman of the Federal Deposit Insurance Corporation; OFFICE OF THE COMPTROLLER OF THE CURRENCY; MICHAEL J. HSU in his official capacity as Acting Comptroller of the Currency,

*Defendants-Appellants*.
_____

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
No. 2:24-cv-25
(Honorable Matthew J. Kacsmaryk)
_____

**DEFENDANTS-APPELLANTS'
MOTION TO POSTPONE ORAL ARGUMENT**
_____

*(counsel listed on following page)*

Mark Van Der Weide, General Counsel
Richard M. Ashton, Deputy General Counsel
Joshua P. Chadwick, Assistant General Counsel
Nicholas Jabbour, Senior Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
nick.jabbour@frb.gov
Phone: (202) 815-7450

*Counsel for Defendants-Appellants Board of Governors of the Federal Reserve System and Jerome Powell, in his Official Capacity*

Theodore J. Dowd II, Acting Chief Counsel
Patricia S. Grady, Deputy Chief Counsel
Peter C. Koch, Director for Litigation
Ashley W. Walker, Special Counsel, Litigation
Office of the Comptroller of the Currency
400 7th Street SW, Mailstop 9E-1
Washington, DC 20219
ashley.walker@occ.treas.gov
Phone: (202) 649-6315

*Counsel for Defendants-Appellants Office of the Comptroller of the Currency and Michael J. Hsu, in his Official Capacity*

Harrel M. Pettway, General Counsel
B. Amon James, Assistant General Counsel
J. Scott Watson, Senior Counsel
Michelle Ognibene, Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226-3500
mognibene@fdic.gov
Phone: (703) 562-2121

*Counsel for Defendants-Appellants Federal Deposit Insurance Corporation and Travis Hill, in his Official Capacity*

All Defendants-Appellants jointly move to postpone the oral argument in this case by approximately three months, such that the argument may occur during the Court's session occurring from April 28 to May 1, 2025. In further support of this motion, Defendants-Appellants state as follows:

1. This appeal concerns a preliminary injunction of a joint rulemaking by the Board of Governors of the Federal Reserve System, the Office of the Comptroller of the Currency, and the Federal Deposit Insurance Corporation (collectively, the federal banking agencies or "FBAs"). Plaintiffs-Appellees allege that the FBAs exceeded their statutory authority in issuing, in October 2023, a Final Rule that sought to implement the Community Reinvestment Act of 1977. That Final Rule was approved by the leadership of each of the three FBAs that were in their roles as of October 2023.

2. The district court preliminarily enjoined the Final Rule from taking effect, and the FBAs appealed to this Court.

3. Oral argument in this case is set to occur on February 4, 2025, at 9 A.M., in the East Courtroom (Session #30).

4. In light of certain recent and anticipated leadership changes at the FDIC and OCC following the change in Presidential administration, and given that the rules at issue in this case were issued by the FBAs simultaneously and are substantially identical for each FBA, the FBAs respectfully request that the Court

postpone the oral argument by approximately three months, such that the argument is rescheduled to occur during the Court's session occurring from April 28 to May 1, 2025.[1] The preliminary injunction that is the subject of this appeal remains in place, and the FBAs believe that postponement in this situation best preserves the resources of the Court and the parties by ensuring that new leadership at the FDIC and OCC have time to evaluate the current posture of the case before continuing with the appeal. The FBAs propose to provide an update to the Court as soon as possible after that evaluation occurs, and not later than one month before the new argument date.

5. The FBAs contacted Plaintiffs-Appellees to determine their position on this motion, and Plaintiffs-Appellees indicated that they did not agree to the requested postponement. Plaintiffs-Appellees indicated that they would be filing an opposition to this motion.

6. In accordance with Fifth Circuit Rule 27.3.2, the FBAs contacted the clerk by telephone on January 23, 2025 concerning their intent to file this motion. The FBAs respectfully request that the Court act on this motion as soon as practicable before the February 4, 2025 argument.

For the foregoing reasons, the FBAs respectfully request that the Court

---

[1] If this session is not available, Defendants-Appellees would be amenable to the argument occurring during the session from June 2 to 5, 2025.

postpone the oral argument in this case by three months, such that the argument is rescheduled to occur during the Court's session occurring from April 28 to May 1, 2025.

Dated: January 23, 2025

        Respectfully submitted,

        /s/ *Nicholas Jabbour*
        Mark Van Der Weide, General Counsel
        Richard M. Ashton, Deputy General Counsel
        Joshua P. Chadwick, Assistant General Counsel
        Nicholas Jabbour, Senior Counsel
        Board of Governors of the Federal Reserve System
        20th Street and Constitution Avenue, NW
        Washington, DC 20551
        nick.jabbour@frb.gov
        Phone: (202) 815-7450

*Counsel for Defendants-Appellants Board of Governors of the Federal Reserve System and Jerome Powell, in his Official Capacity*

        /s/ *Ashley W. Walker*
        Theodore J. Dowd II, Acting Chief Counsel
        Patricia S. Grady, Deputy Chief Counsel
        Peter C. Koch, Director for Litigation
        Ashley W. Walker, Special Counsel, Litigation
        Office of the Comptroller of the Currency
        400 7th Street SW, Mailstop 9E-1
        Washington, DC 20219
        ashley.walker@occ.treas.gov
        Phone: (202) 649-6315

*Counsel for Defendants-Appellants Office of the Comptroller of the Currency and Michael J. Hsu, in his Official Capacity*

  /s/ *Michelle Ognibene*
Harrel M. Pettway, General Counsel
B. Amon James, Assistant General Counsel
J. Scott Watson, Senior Counsel
Michelle Ognibene, Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226-3500
mognibene@fdic.gov
Phone: (703) 562-2121

*Counsel for Defendants-Appellants Federal Deposit Insurance Corporation and Travis Hill, in his Official Capacity*

# CERTIFICATE OF SERVICE

I hereby certify that, on January 23, 2025, I electronically filed the foregoing brief with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

      /s/ *Nicholas Jabbour*
Nicholas Jabbour
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
nick.jabbour@frb.gov
Phone: (202) 815-7450

# **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 490 words, according to the count of Microsoft Word. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it was prepared in Times New Roman 14-point font, a proportionally spaced typeface.

    /s/ *Nicholas Jabbour*
Nicholas Jabbour
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
nick.jabbour@frb.gov
Phone: (202) 815-7450