# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 24, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10367   Texas Bankers v. Board of Governors
                  USDC No. 2:24-CV-25

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

Mr. Eric Scott Abels
Mr. Tyler J. Becker
Mr. James Browne
Mr. Joshua Paul Chadwick
Mr. H. Rodgin Cohen
Mr. Braden G. Currey
Ms. Jennifer B. Dickey
Mr. Andrew Doersam
Ms. Ellora Thadaney Israni
Mr. Nicholas Jabbour
Ms. Olivia Kelman
Mr. Peter Chadwell Koch
Mr. Armani Jamal Madison
Ms. Jessica Morton
Mr. William Robert Murray Jr.
Mr. Matthew Brian Nicholson
Ms. Michelle Ognibene
Mr. Thomas Pinder
Mr. John Peter Relman
Mr. Ryan Thomas Scarborough
Mr. Matthew A. Schwartz
Mr. Kenneth Scott
Mr. Jesse T. Smallwood
Ms. Emily Elizabeth Stronski
Ms. Robin F. Thurston
Mr. Delbert Tran
Ms. Ashley Wilcox Walker
Ms. Kathryn Julia Youker