# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 24, 2025
Lyle W. Cayce
Clerk

No. 24-10367

Texas Bankers Association; Amarillo Chamber of Commerce; American Bankers Association; Chamber of Commerce for the United States of America; Longview Chamber of Commerce; Independent Community Bankers of America; Independent Bankers Association of Texas,

*Plaintiffs—Appellees*,

*versus*

Board of Governors of the Federal Reserve System; Jerome Powelll, Chairman; Federal Deposit Insurance Corporation; Martin Gruenberg, Chairman; Office of the Comptroller of the Currency; Michael J. Hsu, Acting Comptroller,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-25

ORDER:

IT IS ORDERED that the Defendants-Appellants' opposed motion to continue oral argument is GRANTED no later than within three months of February 4, 2025.

No. 24-10367

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT