No. 24-10367

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

TEXAS BANKERS ASSOCIATION ET AL.,

*Plaintiffs-Appellees*,

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.,

*Defendants-Appellants*.

_____

**DEFENDANTS-APPELLANTS' STATUS REPORT**

_____

Pursuant to the Court's Order dated October 1, 2025, Defendants-Appellants—the Board of Governors of the Federal Reserve System, the Office of the Comptroller of the Currency, and the Federal Deposit Insurance Corporation (collectively, the federal banking agencies or "FBAs")—respectfully submit this status report.[1] As the FBAs indicated in their previous status report of October 1, 2025, they published a joint notice of proposed rulemaking ("NPR") on July 18

---

[1] The docket text requiring a status report every 30 days was automatically generated by ECF when the FBAs filed their October 1 status report. That text subsequently was reviewed and edited, but no new due date for the FBAs' next status report was indicated. Out of an abundance of caution, the FBAs submit this status report by October 31, consistent with the original docket text.

that proposed to rescind the October 2023 Final Rule implementing the Community Reinvestment Act and reinstate the framework that existed prior to the October 2023 Final Rule. 90 Fed. Reg. 34086. The FBAs are continuing the process of considering the comments received in response to that NPR and working toward completion of the rulemaking process. Should the October 2023 Final Rule be rescinded and replaced, this litigation would be moot. *See Freedom from Religion Found., Inc. v. Abbott*, 58 F.4th 824, 832 (5th Cir. 2023) ("mootness is the default" when a "regulation is amended or repealed after plaintiffs bring a lawsuit challenging the legality of that . . . regulation").

As stated in the FBAs' October 1 status report, the FBAs propose to file an appropriate motion with this Court within 15 days of any final rule being issued, or a status report by April 1, 2026, whichever is earlier.

Dated: October 31, 2025

Respectfully submitted,

 /s/ *Nicholas Jabbour*
Mark Van Der Weide, General Counsel
Richard M. Ashton, Deputy General Counsel
Joshua P. Chadwick, Assistant General Counsel
Nicholas Jabbour, Senior Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
nick.jabbour@frb.gov
Phone: (202) 815-7450

*Counsel for Defendants-Appellants Board of Governors of the Federal Reserve System and Jerome Powell, in his Official Capacity*

　/s/ *Ashley W. Walker*
Adam J. Cohen, Senior Deputy Comptroller and Chief Counsel
Will C. Giles, Principal Deputy Chief Counsel
Peter C. Koch, Director for Litigation
Jason E. Friedman, Assistant Director, Litigation
Ashley W. Walker, Special Counsel, Litigation
Office of the Comptroller of the Currency
400 7th Street SW, Mailstop 9E-1
Washington, DC 20219
ashley.walker@occ.treas.gov
Phone: (202) 649-6315

*Counsel for Defendants-Appellants Office of the Comptroller of the Currency and Jonathan V. Gould, in his Official Capacity*

　/s/ *Michelle Ognibene*
Matthew P. Reed, General Counsel
Floyd I. Robinson, Deputy General Counsel
Dominic A. Arni, Assistant General Counsel
J. Scott Watson, Senior Counsel
Michelle Ognibene, Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226-3500
mognibene@fdic.gov
Phone: (703) 562-2121

*Counsel for Defendants-Appellants Federal Deposit Insurance Corporation and Travis Hill, in his Official Capacity*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 31, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

          /s/ *Nicholas Jabbour*
          Nicholas Jabbour
          Board of Governors of the Federal Reserve System
          20th Street and Constitution Avenue, NW
          Washington, DC 20551
          nick.jabbour@frb.gov
          Phone: (202) 815-7450