**No. 24-10367**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

TEXAS BANKERS ASSOCIATION ET AL.,

*Plaintiffs-Appellees*,

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.,

*Defendants-Appellants*.

---

**DEFENDANTS-APPELLANTS' STATUS REPORT**

---

Pursuant to the Court's Order dated September 30, 2026, Defendants-Appellants respectfully submit this status report. As noted in previous status reports, the Board of Governors of the Federal Reserve System ("Board") published a notice of proposed rulemaking on July 18, 2025, that proposed to rescind the October 2023 Final Rule implementing the Community Reinvestment Act at issue in this case and reinstate the framework that existed prior to the October 2023 Final Rule. 90 Fed. Reg. 34086. The Board continues to work on this rulemaking and is close to completion of the rulemaking process. Should the 2023 Final Rule be rescinded and replaced, this litigation would be moot. *See Freedom from Religion Found., Inc. v. Abbott*, 58 F.4th 824, 832 (5th Cir. 2023) ("mootness

is the default" when a "regulation is amended or repealed after plaintiffs bring a lawsuit challenging the legality of that . . . regulation"). Defendants-Appellants will continue to keep the Court apprised of their progress every 30 days, unless the rulemaking is completed sooner.

Dated: October 30, 2026

Respectfully submitted,

/s/ *Nicholas Jabbour*

Mark Van Der Weide, General Counsel
Joshua P. Chadwick, Assistant General Counsel
Nicholas Jabbour, Senior Counsel
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
nick.jabbour@frb.gov
Phone: (202) 815-7450

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

/s/ *Nicholas Jabbour*

Nicholas Jabbour
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue, NW
Washington, DC 20551
nick.jabbour@frb.gov
Phone: (202) 815-7450